# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH JAY RANEY**,

Petitioner,

v.

**LISA J. HOLLINGSWORTH,**

Respondent.  No. 08-0422-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on a Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 27, 2009, the petition is **DENIED** and this case is **DISMISSED**-----

**JUSTINE FLANAGAN, ACTING CLERK**

BY: /s/*Sandy Pannier*
**Deputy Clerk**

Dated: July 27, 2009

APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT